UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

MICHAEL J. MACK,

                        Plaintiff,

    vs                                                6:02-CV-1283

JoANNE B. BARNHART, Commissioner,
Of Social Security,

                        Defendant.

-------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HINMAN, HOWARD & KATTELL, LLP<br>Attorneys for Plaintiff<br>P.O. Box 5250<br>80 Exchange Street<br>700 Security Mutual Building<br>Binghamton, NY 13902-5250 | EUGENE D. FAUGHNAN, ESQ. |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>  Northern District of New York<br>Attorney for Defendant<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, Michael J. Mack, brought this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated June 22, 2006, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the Commissioner's decision denying disability benefits be affirmed.  The plaintiff has filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the parties have objected, the Report-Recommendation is accepted and adopted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1.  The Commissioner's determination is AFFIRMED; and

2.  Plaintiff's complaint is DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
United States District Judge

Dated:   November 20, 2006
         Utica, New York.